IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

DAVID A. PHILLIPS,

    Plaintiff,

vs.

    Civil Action No. 1:20 cv 00354
    The Honorable Cathy Bissoon

MAHAMUD Z. SADALA; and
EJ EXPRESS, LLC,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the Appearance of Megan R. Padgett, Esquire on behalf of Defendants, Mahamud Z. Sadala and EJ Express LLC, in the above matter.

**JURY TRIAL DEMANDED.**

    Respectfully submitted,

    PION, NERONE, GIRMAN, WINSLOW
     & SMITH, P.C.

    _____
    Megan R. Padgett, Esquire
    mpadgett@pionlaw.com
    Pa. I.D. No. 327776
    Michael F. Nerone, Esquire
    mnerone@pionlaw.com
    Pa. I.D.  No. 62446

    1500 One Gateway Center
    420 Fort Duquesne Boulevard
    Pittsburgh, PA  15222
    (412) 281-2288
    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record, via the ECF Court System, this 13th day of January, 2021, as follows:

Robert J. Fisher, Jr., Esquire
Mollie Q. Rosenzweig, Esquire
rfisher@edgarsnyder.com
mqrosenzweig@edgarsnyder.com
Edgar Snyder & Associates, LLC
10th Floor – U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
(Counsel for Plaintiff)

PION, NERONE, GIRMAN, WINSLOW
 & SMITH, P.C.

_____
Megan R. Padgett, Esquire
mpadgett@pionlaw.com
Michael F. Nerone, Esquire
mnerone@pionlaw.com

Counsel for Defendants